# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                    : NO. 963
                             :

REAPPOINTMENT TO THE     : SUPREME COURT RULES DOCKET
CONTINUING LEGAL EDUCATION   :
BOARD                  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of October, 2023, Tuan N. Samahon, Esquire, Delaware County, is hereby reappointed as a member of the Continuing Legal Education Board for a term of three years, commencing January 1, 2024.